IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD PAUL WILLIAMS,

    Plaintiff,

vs.                                       Case No. 4:10cv535-RH/GRJ

LARRY CAMPBELL, et al,

    Defendants.

                                    /

## REPORT AND RECOMMENDATION

On December 9, 2010, Plaintiff's motion seeking leave to proceed *in forma pauperis* was granted, doc. 4, and Plaintiff was ordered to submit an initial partial filing fee. Doc. 5. When that deadline for compliance passed, an order to show cause was entered on January 20, 2011, giving the *pro se* Plaintiff until February 2, 2011 to demonstrate why this case should not be dismissed for his failure to comply with a court order. Doc. 6. As of this date, no response has been received from Plaintiff and neither order was returned to the court as undeliverable. Plaintiff was warned that if he failed to comply, it would be recommended that this case be dismissed. *Id.* Having

failed to comply with court orders, this case should now be dismissed for failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with court orders and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on April 21, 2011.

*s/ Gary R. Jones*
**GARY R. JONES**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**